UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND LATINO ARTS, et al.,

    *Plaintiffs*,

  v.

NATIONAL ENDOWMENT FOR THE ARTS; et al.,

    *Defendants*.

Case No. 25-79 WES

## STIPULATION ACCEPTING SERVICE

It is hereby agreed by and between the parties hereinafter listed, by their counsel that the following shall enter:

1. Defendants National Endowment for the Arts and Mary Anne Carter, in her official capacity as Acting Chair of the National Endowment for the Arts, by their undersigned counsel, hereby accept service of the Summons and Complaint filed in the above-captioned matter.

| Attorneys for Plaintiffs: | Attorneys for Defendants: |
|---|---|
| /s/ Vera Eidelman | Sara Miron Bloom |
| Vera Eidelman* | Acting United States Attorney |
| Scarlet Kim* | |
| Lauren Yu* | /s/ Kevin Bolan |
| Brian Hauss* | Kevin Bolan |
| ACLU Foundation | Assistant United States Attorney |
| 125 Broad Street, 18th Floor | One Financial Plaza, 17th Floor |
| New York, NY 10004 | Providence, RI 02903 |
| (212) 549-2500 | (401) 709-5000 |
| veidelman@aclu.org | kevin.bolan@usdoj.gov |
| scarletk@aclu.org | |
| lyu@aclu.org | |
| bhauss@aclu.org | |

1

/s/ Lynette Labinger
Lynette Labinger, Esq. (Bar No. 1645)
Cooperating counsel
ACLU Foundation of RI
128 Dorrance Street, Box 710
Providence, RI  02903
(401) 465-9565
LL@labingerlaw.com

David D. Cole*
600 New Jersey Ave. NW
Washington, DC 20001
(202) 622-9078
cole@georgetown.edu

* Admitted Pro Have Vice

Dated:  April 9, 2025


## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, a true copy of this document was delivered electronically using the CM/ECF system to all counsel of record.

    /s/ Vera Eidelman_____