**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND LATINO ARTS, et al.,

                      *Plaintiffs*,

                *v.*

NATIONAL ENDOWMENT
FOR THE ARTS, et al.,

                      *Defendants*.

Case No. 25-cv-79-WES-PAS

## PLAINTIFFS' STATEMENT OF ADDITIONAL UNDISPUTED FACTS

5.      The "Assurance of Compliance" currently posted on the NEA's website at https://www.arts.gov/about/civil-rights-office/applicants-recipients-of-federal-financial-assistance/assurance-of-compliance and https://www.arts.gov/open/civil-rights-office/assurance-of-compliance states "The applicant will comply with all applicable Executive Orders while the award is being administered. Executive orders are posted at whitehouse.gov/presidential-actions." It does not exclude the Gender Ideology EO. Second Suppl. Eidelman Decl. Ex. 1 at 2; Second Suppl. Eidelman Decl. ¶ 2.

6.      That version of the Assurance of Compliance is linked to by several other NEA webpages. In particular:

      a.      The NEA Civil Rights Office maintains an "Applicants & Recipients of Federal Financial Assistance" landing page at https://www.arts.gov/about/civil-rights-office/applicants-recipients-of-federal-financial-assistance. Second Suppl. Eidelman Decl. ¶ 4; Second Suppl. Eidelman Decl. Ex. 3. The list of hyperlinks on that landing page

1

includes "Assurance of Compliance," which links to the Assurance of Compliance that does not exclude the Gender Ideology EO. Second Suppl. Eidelman Decl. Ex. 3 at 1.

b.      The Assurance of Compliance that does exclude the Gender Ideology EO, available at https://www.arts.gov/grants/legal-requirements-and-assurance-of-compliance, ECF No. 25-1 ¶ 7, concludes its list of certifications with "See FAQ on these certification requirements," which links to a page titled "Assurance of Compliance: Certification FAQ." ECF No. 25-1 Ex. B at 12. The last line on that Certification FAQ page states, "For more information about federal antidiscrimination laws that may apply to your award, you may visit the Office of Civil Rights' webpage for Applicants & Recipients of Federal Financial Assistance," and includes a hyperlink to the NEA Civil Rights Office landing page, Second Suppl. Eidelman Decl. Ex. 2 at 3, which, as noted above, directs applicants and grantees to the Assurance of Compliance that does not exclude the Gender Ideology EO. Second Suppl. Eidelman Decl. Ex. 3 at 1.

c.      The NEA also maintains a webpage titled "Civil Rights FAQs for Applicants and Grantees." Second Suppl. Eidelman Decl. ¶ 5; Second Suppl. Eidelman Decl. Ex. 4. On that page, in response to the question "What is an 'Assurance of Compliance'?" the NEA states, "[t]he NEA's Assurance of Compliance covers all applicants for Federal financial assistance in connection with any grant or cooperative agreement awarded." Second Suppl. Eidelman Decl. Ex. 4 at 1–2. The "Assurance of Compliance" in the response text links to the Assurance of Compliance that does not exclude the Gender Ideology EO. *Id.*

7.      The NEA also maintains a webpage titled "Some of Your Responsibilities as a Federal Award Recipient" webpage, available at https://www.arts.gov/grants/manage-your-

2

award/some-of-your-responsibilities-as-a-federal-award-recipient. Second Suppl. Eidelman Decl. ¶ 6; Second Suppl. Eidelman Decl. Ex. 5. That page states "[i]n accepting a National Endowment for the Arts award, your organization assumes legal, financial, administrative, and programmatic responsibility for administering the award in accordance with . . . Executive Orders governing Federal financial assistance awards . . . . While the NEA may provide you with reminders regarding award requirements, the absence of receiving such notice does not relieve you of your responsibilities." Second Suppl. Eidelman Decl. Ex. 5 at 1.