UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| RHODE ISLAND LATINO ARTS, et al., <br><br> *Plaintiffs*, <br><br> *v.* <br><br> NATIONAL ENDOWMENT FOR THE ARTS, et al., <br><br> *Defendants*. | Case No. 25-cv-79-WES-PAS |

## SECOND SUPPLEMENTAL DECLARATION OF VERA EIDELMAN

I, Vera Eidelman, declare as follows:

1.    I am a Senior Staff Attorney with the American Civil Liberties Union Foundation and counsel for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment.

2.    Attached as Exhibit 1 is a true and correct copy of a webpage published by the National Endowment for the Arts ("NEA") with the title "Assurance of Compliance," available at https://www.arts.gov/about/civil-rights-office/applicants-recipients-of-federal-financial-assistance/assurance-of-compliance. The same webpage is accessible through the following URL: https://www.arts.gov/open/civil-rights-office/assurance-of-compliance.

3.    Attached as Exhibit 2 is a true and correct copy of the NEA's "Assurance of Compliance: Certification FAQ" webpage, available at https://www.arts.gov/grants/legal-requirements-and-assurance-of-compliance/frequently-asked-questions.

1

4.    Attached as Exhibit 3 is a true and correct copy of the NEA's "Applicants & Recipients of Federal Financial Assistance" webpage, available at https://www.arts.gov/about/civil-rights-office/applicants-recipients-of-federal-financial-assistance.

5.    Attached as Exhibit 4 is a true and correct copy of the NEA's "Civil Rights FAQs for Applicants and Grantees" webpage, available at https://www.arts.gov/about/civil-rights-office/applicants-recipients-of-federal-financial-assistance/what-we-do/FAQs.

6.    Attached as Exhibit 5 is a true and correct copy of the NEA's "Some of Your Responsibilities as a Federal Award Recipient" webpage, available at https://www.arts.gov/grants/manage-your-award/some-of-your-responsibilities-as-a-federal-award-recipient.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2025.


/s/ Vera Eidelman
Vera Eidelman

2

# EXHIBIT 1

Case 1:25-cv-00079-WES-PAS     Document 30-1     Filed 08/01/25     Page 4 of 33 PageID #: 1440



Menu

# Assurance of Compliance

**By signing and submitting its application form on Grants.gov, the applicant certifies that it is in compliance with the statutes outlined below and all related National Endowment for the Arts regulations as well as all applicable executive orders, and that it will maintain records and submit the reports that are necessary to determine its compliance**.

We may conduct a review of your organization to ensure that the applicant is in compliance with these statutes, regulations, and executive orders. If the NEA determines that a recipient has failed to comply with any of these statutes, regulations, or executive orders, it may suspend or terminate the award, and/or recover the funds. The applicant's assurance of compliance is subject to judicial enforcement.

The applicant certifies that it does not discriminate:

- On the grounds of race, color, or national origin, in accordance with **Title VI of the Civil Rights Act of 1964**, as amended (42 U.S.C. 2000d et seq.), implemented by the National Endowment for the Arts at 45 CFR 1110.

- Solely on the grounds of disability, in accordance with **Section 504 of the Rehabilitation Act of 1973** (29 U.S.C. 794), as amended, implemented by the National Endowment for the Arts at 45 CFR 1151, and the **Americans with Disabilities Act of 1990** ("ADA"), as amended, (42 U.S.C. 12101 et seq.).

- On the basis of age, in accordance with the **Age Discrimination Act of 1975,** as amended (42 U.S.C. 6101 et seq.), implemented by the National Endowment for the Arts at 45 CFR 1156.

- On the basis of sex, in any education program or activity, in accordance with **Title IX of the Education Amendments of 1972,** as amended (20 U.S.C. 1681 et seq.).

In addition, the applicant agrees that, if the applicant is selected and becomes a NEA grant recipient:

- The applicant will comply with all applicable Executive Orders while the award is being administered.  Executive orders are posted at whitehouse.gov/presidential-actions.

- The applicant's compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act, 31 U.S.C. § 3729(b)(4), pursuant to Executive Order No. 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity, dated January 21, 2025.

The applicant does not operate any programs promoting "diversity, equity, and inclusion" (DEI) that violate any applicable Federal anti-discrimination laws, in accordance with Executive Order No. 14173.

See FAQ on these certification requirements </grants/legal-requirements-and-assurance-of-compliance/frequently-asked-questions>

# Stay Connected to the National Endowment for the Arts

Sign up for our newsletters and magazine

**Newsletter Signup** </sign-up-for-updates>

**Magazine Signup** </form/sign-up-for-american-artscape-magazine>

About </about>

Contact Us </about/leadership-staff/all-staff>

Civil Rights </about/civil-rights-office>

No Fear Act </about/civil-rights-office/applicants-for-employment-and-employees/no-fear-act>

FOIA </about/freedom-of-information-act-foia-guide>

Inspector General </about/inspector-general>

Accessibility </impact/accessibility>

Privacy Policy </privacy>

Disclaimers </about/website-disclaimers>

Open Government </about/open-government>

USA.gov <http://www.usa.gov/>

Section 508 Accessibility </section-508-accessibility>

Scam Regarding NEA Grants </about/national-endowment-arts-warns-public-about-grant-scam>

400 7th Street, SW, Washington, DC 20506
202.682.5400

# EXHIBIT 2

Case 1:25-cv-00079-WES-PAS    Document 30-1    Filed 08/01/25    Page 9 of 33 PageID #: 1445

**NATIONAL ENDOWMENT for the ARTS**

Menu

# ASSURANCE OF COMPLIANCE: Certification FAQ

**Date: 6/10/2025**

**Previously, there was a court injunction that prevented the implementation of these requirements. What is the status of that injunction?**

Federal agencies are now required to implement this executive order. In February 2025, a federal district court issued a preliminary injunction against Federal agencies implementing this certification requirement. However, the following month, the higher court temporarily paused enforcing the injunction pending the outcome of the appeal. The district court case is in the United States District Court for the District of Maryland, Case No. 1:25-cv-00333-ABA, and the appeal of that case is in the United States Court of Appeals for the Fourth Circuit, No. 25-1189.

**Will these certifications change in the future?**

The NEA cannot predict or advise on the future action of any judicial body. Future court rulings may require further changes to the implementation of this certification term. We will promptly update the Assurance of Compliance page with any required information.

**In plain language, what do these provisions mean if I apply for a federal award?**

There are two provisions you will have to certify to in the course of applying for, and receiving, a federal award. The first requires you to certify that your organization's compliance with federal anti-discrimination laws is material to our decision to issue any payment. The second requires you to certify that you do not operate any DEI programs that violate federal anti-discrimination laws.

**Do I have to certify that I do not operate any DEI programs that do not comply with federal law even if those programs are not the subject of my federal award?**

Yes. The certification requirement requires you to certify that any DEI-related activity you conduct, regardless of its connection to your federal award, does not violate applicable federal anti-discrimination laws.

**May I operate programs that "promote DEI" if I receive a federal award from the NEA?**

Yes, provided that your programs do not violate federal antidiscrimination laws. Applicants may not intentionally discriminate on the basis of race, color, or national origin in their programs or activities under federal law, whether or not those activities are

Case 1:25-cv-00079-WES-PAS     Document 30-1     Filed 08/01/25     Page 11 of 33 PageID #: 1447

funded by a federal grant. Whether or not a particular activity constitutes unlawful discrimination does not turn solely on whether it is labeled "DEI" or uses terminology such as "diversity," "equity," or "inclusion."

For example, applicants with programs focused on interests in particular cultures, heritages, and areas of the world would not in and of themselves violate Title VI, assuming they are open to all participants regardless of race, color, national origin, or other protected criteria.

**How do I know if a DEI program violates federal antidiscrimination laws?** The NEA cannot provide legal counsel to applicants, grantees, or other outside parties. If you are concerned that a program you are operating may violate federal antidiscrimination law, you may refer to public resources on these laws, or obtain private counsel. For more information about federal antidiscrimination laws that may apply to your award, you may visit the Office of Civil Rights' webpage for Applicants & Recipients of Federal Financial Assistance </about/civil-rights-office/applicants-recipients-of-federal-financial-assistance>.

# Stay Connected to the National Endowment for the Arts

Sign up for our newsletters and magazine

**Newsletter Signup** </sign-up-for-updates>

**Magazine Signup** </form/sign-up-for-american-artscape-magazine>

About </about>

Contact Us </about/leadership-staff/all-staff>

Civil Rights </about/civil-rights-office>

No Fear Act </about/civil-rights-office/applicants-for-employment-and-employees/no-fear-act>

FOIA </about/freedom-of-information-act-foia-guide>

Inspector General </about/inspector-general>

Accessibility </impact/accessibility>

Privacy Policy </privacy>

Disclaimers </about/website-disclaimers>

Open Government </about/open-government>

USA.gov <http://www.usa.gov/>

Section 508 Accessibility </section-508-accessibility>

Scam Regarding NEA Grants </about/national-endowment-arts-warns-public-about-grant-scam>

400 7th Street, SW, Washington, DC 20506

202.682.5400

# EXHIBIT 3

Case 1:25-cv-00079-WES-PAS      Document 30-1      Filed 08/01/25      Page 15 of 33 PageID #: 1451



Menu

# Applicants & Recipients of Federal Financial Assistance

**What We Do** </about/civil-rights-office/applicants-recipients-of-federal-financial-assistance/what-we-do>

**Civil Rights FAQs for Applicants and Grantees** </about/civil-rights-office/applicants-recipients-of-federal-financial-assistance/faqss>

**Assurance of Compliance** </about/civil-rights-office/applicants-recipients-of-federal-financial-assistance/assurance-of-compliance>

**Section 504 Self-Evaluation Workbook** </about/civil-rights-office/applicants-recipients-of-federal-financial-assistance/section-504-self-evaluation-workbook>

**NEA's Office of Accessibility** </imapact/accessibility>

**Department of Justice Office of Federal Coordination and Compliance** <https://www.justice.gov/crt/fcs>

**NEA's Civil Rights Complaint Process** </about/civil-rights-office/applicants-recipients-of-federal-financial-assistance/external-complaints-process>

NEA's Civil Rights Complaint Form Package </sites/default/files/oct-15-2024-civil-rrghts-office-complaint-package-english.pdf>

## Stay Connected to the National Endowment for the Arts

Sign up for our newsletters and magazine

Newsletter Signup </sign-up-for-updates>

Magazine Signup </form/sign-up-for-american-artscape-magazine>

About </about>

Contact Us </about/leadership-staff/all-staff>

Civil Rights </about/civil-rights-office>

No Fear Act </about/civil-rights-office/applicants-for-employment-and-employees/no-fear-act>

FOIA </about/freedom-of-information-act-foia-guide>

Inspector General </about/inspector-general>

Accessibility </impact/

accessibility>

Privacy Policy </

privacy>

Disclaimers </about/

website-disclaimers>

Open Government </

about/open-government>

USA.gov <http://

www.usa.gov/>

Section 508

Accessibility </

section-508-accessibility>

Scam Regarding NEA Grants </about/national-endowment-arts-warns-public-about-

grant-scam>

400 7th Street, SW, Washington, DC
20506
202.682.5400

# EXHIBIT 4



Menu

# Civil Rights FAQs for Applicants and Grantees

All applicants for funding from the National Endowment for the Arts (NEA) are required to certify that they are in compliance with the civil rights statutes that govern nondiscrimination in Federally assisted programs. In other words, your organization can not discriminate or prevent participation in your program or activity on the basis of race, color, national origin, disability, age and sex. NEA's Civil Rights Office's responsibility is to determine the civil rights compliance status of applicants for and recipients of Federal financial assistance from the NEA. Listed for your information are Frequently Asked Questions (FAQs) commonly asked by NEA applicants grantees.

**COMPLIANCE:**

**1.  What is an "Assurance of Compliance"?**

An Assurance of Compliance is a written agreement with a Federal agency in which an institution/organization agrees to comply with the statutes that govern nondiscrimination in Federally assisted programs.

The NEA's Assurance of Compliance </open/civil-rights-office/assurance-of-compliance> covers all applicants for Federal financial assistance in connection with any grant or cooperative agreement awarded. Electronic signature on an NEA application form assures and certifies that the applicant will comply with these statutes.

## 2. What are the civil rights statutes?

Organizations receiving Federal funding will not discriminate:

On the grounds of race, color, or national origin, in accordance with Title VI of the Civil Rights Act of 1964, as amended (42 U.S.C. 2000d et seq.).

On the grounds of disability, in accordance with Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794) and the Americans with Disabilities Act of 1990 ("ADA") (42 U.S.C. 12101-12213). The ADA's requirements apply regardless of whether you receive federal funds.

On the basis of age, in accordance with the Age Discrimination Act of 1975 (42 U.S.C. 6101 et seq.).

On the basis of sex, in any education program or activity, in accordance with Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 et seq.).

## 3. How do the civil rights statutes impact my program and activity?

As an applicant for NEA funding or NEA grantee, you are required to comply with all civil rights statutes that govern Federal financial assistance. In other words, your program or activity should not create barriers to or prevent participation for individuals on the basis of race,

color, national origin, disability, age or sex.

### 4.  How long must I comply with the civil rights statutes?

Each time you receive funding from the NEA, you must comply with the above statutes through the entire period of support. If you purchase equipment or other tangible items with NEA funds, your organization must comply as long as the stated purchase is used by your organization.

### 5.  What are "Pre-Award and Post Award Reviews"

Prior to and after approval of funding, the NEA may request information from you to determine whether your organization is in compliance with the nondiscrimination statutes.  Information may be requested in the form of checklists, questionnaires or surveys.

Typical questions asked during a pre-award or post award review include:

Does the applicant/grantee offer its benefits or services without regard to race, color, national origin, sex, age, or disability?

Has the applicant/grantee announced through various public media outlets its program and activity?

Does your facility deny access to persons on the basis of race, color, national origin, sex, age or disability?

### 504 SELF-EVALUATION

### 1.  What is a Section 504 self-evaluation?

A review of an organization's programs, activities, and facility for the

purpose of access for people with disabilities. The NEA's Section 504 Self-Evaluation Workbook is available on NEA's website and it is periodically emailed.

### 2.  I have the 504 Workbook, what is the next step?

Conduct a self-evaluation using the Workbook and keep it on file. Various resource tools are available for completing the self-evaluation, including the Section 504 of the Rehabilitation Act regulations <http://www.ada.gov/cguide.htm#anchor65610>, *Design for Accessibility:  A Cultural Administrator's Handbook* </publications/design-accessibility-cultural-administrators-handbook>, and the ADA National Network <http://adata.org/>. If you require further assistance, please contact the NEA's Accessibility Office at (202) 682-5532 (voice), (202) 682-5496 (TTY) or at https://arts.gov/impact/accessibility </impact/accessibility>.

### 3.  Should my completed Section 504 Self-Evaluation Workbook be submitted to the NEA?

No, the Workbook is your organization's internal accessibility planning and compliance tool. The workbook should be maintained on file with your organization for a period of three years following receipt of funding. During this period the book should be made available to the public and NEA upon request. Note that the NEA's Office of Inspector General requests this document as part of the overall audit process.

For more information, please contact NEA's Civil Rights Office at (202) 682-5454 or at www.arts.gov/about/civil-rights-office </about/civil-rights-office>

### CIVIL RIGHTS COMPLAINTS

**1.  I am an applicant, what happens if a civil rights complaint is filed against my organization?**

As an applicant (applying for funding from NEA), the NEA does not have jurisdiction to investigate the allegation but may reserve the right to conduct a pre-award review. If the information requested reveals a possible civil rights issue, we will work with your organization to address the problem. Dependent upon the status of your application, we may defer action or not make an award on the application until corrective action has taken place.

**2.  I am a grantee, what happens if a civil rights complaint is filed against my organization?**

As a grantee (funding has been awarded), once NEA determines jurisdiction, the NEA's Civil Rights Office will investigate the allegation(s). If the investigation reveals a violation, we will work with your organization to help bring it into to compliance through a written agreement between your organization and the NEA. Failure to adhere to the agreement could result in the NEA taking enforcement action, such as suspending funding or return of funds.

**COMMON QUESTIONS FROM ARTS ORGANIZATIONS:**

*Below are answers to frequently asked questions from arts organizations related to civil rights compliance with federal funding. Responses are generally very fact specific. If you have additional questions, feel free to reach out to us at civilrights@arts.gov or grants@arts.gov.*

**1. As a cultural organization we often host events with a specific demographic or cultural focus. Is this a civil rights issue?**

**A**: The NEA has a history of funding culturally specific and/or culturally celebratory and educational programs. In the federal funding context, a focus or an emphasis on a specific culture or demographic is permissible, but exclusion is not.

**2**. **If the performance character list for a stage production lists characters as certain ethnicities or ages, would that raise a civil rights review?**

**A**: Generally, in the federal funding context, a focus or an emphasis on a specific culture or demographic is permissible, but exclusion is not. However, for narrative/storytelling and/or historical accuracy purposes in an arts production, specific age range and/or racial demographic for casting is generally not viewed as a civil rights issue.

**3**. **How should programs that wish to implement policies around vaccination status and/or mask wearing of participants operate? Is this a civil rights issue?**

**A**: Vaccination status and/or mask wearing is currently not a matter of federal civil rights law and is not at issue in a civil rights review. It is recommended to follow current CDC guidance in relation to arts programs and activities.

**4**. **Our arts program is specifically intended for adults with developmental disabilities. Can we apply for NEA funds for our program?**

**A**: The requirements under NEA regulations are that you cannot exclude people from participating and that you must allow anyone to audition or apply to your program. However, you may set specific criteria for selection or participation as a focus.

**5**. **Our theater is applying for funding for multiple performances of a specific play. Do we need to provide ASL, captions, audio description, etc., at every performance?**

**A**: The <u>requirements</u> under NEA regulations require that you provide *effective communication* and *auxiliary aids* to enable people with disabilities to access funded programs, which can include American Sign Language, captions, audio description, assisted listening systems and devices, large print, and Braille materials. <u>Best practices</u> for accessibility include providing large print programs and assistive listening systems and devices at *every* performance; sign language interpretation, open captions, and audio description at *specific, advertised* performances; and accommodations such as Braille and additional sign language-interpreted, captioned, or audio-described performances *upon request.*

**6**. **Our arts center will hold a program on the second floor of our building, but we do not have an elevator to the second floor. Can we hold our program on the second floor if we offer to also show the program in a separate room on the accessible first floor for those who cannot use the stairs?**

**A**: The requirements under NEA regulations require funded programs to be in an *integrated* setting. That is, you cannot provide a fully accessible, integrated experience if you put people with mobility disabilities in a space separated from the rest of your viewing audience. If there were an equal number of people in each space, however, you could use two spaces.

**7**. **We offer tours of our museum by one of our museum guides. Is it**

Case 1:25-cv-00079-WES-PAS    Document 30-1    Filed 08/01/25    Page 26 of 33 PageID #: 1462

**allowable to offer a separate museum tour in ASL for deaf audiences?**

**A**: Yes, you can offer a separate tour in ASL as long as you allow anyone to participate in either tour.

**8**. **Our arts council will sponsor a tour of community galleries, studios, and other art spaces. Not all of them are ADA compliant. Can we receive NEA funding for this art tour?**

**A**: The requirements under NEA regulations require that people with disabilities must be able to access the spaces in which funded programming takes place. If venues are not physically accessible, you must provide alternate access to the programming in those spaces, such as online galleries or virtual tours. However, the number of inaccessible spaces must be kept to a bare minimum, with a majority of the spaces accessible to all audiences. Best practice is to limit the tour(s) funded by the NEA grant to only accessible locations.

## Stay Connected to the National Endowment for the Arts

Sign up for our newsletters and magazine

**Newsletter Signup** </sign-up-for-updates>

**Magazine Signup** </form/sign-up-for-american-artscape-magazine>

About </about>

Contact Us </about/leadership-staff/all-staff>

Civil Rights </about/civil-rights-office>

FOIA </about/freedom-of-information-act-foia-guide>

No Fear Act </about/civil-rights-office/applicants-for-employment-and-employees/no-fear-act>

Inspector General </about/inspector-general>

Accessibility </impact/accessibility>

Privacy Policy </privacy>

Disclaimers </about/website-disclaimers>

Open Government </about/open-government>

USA.gov <http://www.usa.gov/>

Section 508 Accessibility </section-508-accessibility>

Scam Regarding NEA Grants </about/national-endowment-arts-warns-public-about-grant-scam>

400 7th Street, SW, Washington, DC 20506
202.682.5400

# EXHIBIT 5



Menu

# SOME OF YOUR RESPONSIBILITIES AS A FEDERAL AWARD RECIPIENT

In accepting a National Endowment for the Arts award, your organization assumes legal, financial, administrative, and programmatic responsibility for administering the award in accordance with any provisions included in the award; the statutes, regulations, and Executive Orders governing Federal financial assistance awards; and the relevant General Terms and Conditions. While the NEA may provide you with reminders regarding award requirements, the absence of receiving such notice does not relieve you of your responsibilities.

**Submission of a Payment Request constitutes your agreement to comply with all the terms and conditions of the award.  Failure to**

Case 1:25-cv-00079-WES-PAS     Document 30-1     Filed 08/01/25     Page 30 of 33 PageID #: 1466

**comply with these requirements may result in suspension or termination of the award and our recovery of funds. In addition, the United States has the right to seek judicial enforcement of these obligations.**

As an Award Recipient you are required to:

1. Comply with the terms and conditions of your award, including the GTCs, 2 CFR 200, and any specific terms and conditions that apply to the award.

2. Maintain an active registration in the System for Award Management (SAM.gov) with current information about your entity at all times during which your entity has an active award or application under consideration.

3. Ensure the efficient and effective administration of the federal award through sound management practices.

4. Administer federal funds in a manner consistent with the U.S. Constitution, federal statutes, regulations, and the terms and conditions of your federal award.

5. Maintain accounting practices consistent with the cost principles in 2 CFR 200 and that support the accumulation of costs as required by these cost principles, including maintaining adequate documentation to support costs charged to the federal award.

6. Maintain a sound financial management system that records separately within its general accounting system the receipt and disbursement of grant funds and cost sharing contributions and that monitors the expenditure of these funds against the approved award budget.

7. Have in place written procedures for determining the allowability of costs, the disbursement of federal funds, procurement, conflict of interests, compensation for personal services, leave policies, classification of participant costs, relocation policies, and travel reimbursement for staff on official business.

8. Document the time and effort spent by all employees/staff/personnel on approved project activities.

9. Conduct all procurement transactions in an open and free competition and ensure that procurement contracts for more than the simplified acquisition threshold that are not awarded by competitive bids or offers are justified and documented.

10. Carry out your project activities as approved by the NEA at the time of award and, if amended, as acknowledged in writing by the Office of Grants Management.

11. Request written approval from the NEA Office of Grants Management for any changes to your project prior to implementing the changes.

12. Acknowledge the NEA's support in all materials publicizing or resulting from project activities.

13. Submit all financial and performance reports by the due dates as required by the terms and conditions of the award.

Case 1:25-cv-00079-WES-PAS    Document 30-1    Filed 08/01/25    Page 32 of 33 PageID #: 1468

14. Comply with requirements concerning record retention and the federal government's rights of access to records and personnel.

15. Have an audit performed that meets the requirements of 2 CFR 200 Subpart F - Audit Requirements whenever you expend $1,000,000 or more in federal funds during a fiscal year.

## Stay Connected to the National Endowment for the Arts

Sign up for our newsletters and magazine

**Newsletter Signup** </sign-up-for-updates>

**Magazine Signup** </form/sign-up-for-american-artscape-magazine>

**About** </about>

**Contact Us** </about/leadership-staff/all-staff>

**Civil Rights** </about/civil-rights-office>

FOIA </about/freedom-of-information-act-foia-guide>

No Fear Act </about/civil-rights-office/applicants-for-employment-and-employees/no-fear-act>

Inspector General </about/inspector-general>

Accessibility </impact/accessibility>

Privacy Policy </privacy>

Disclaimers </about/website-disclaimers>

Open Government </about/open-government>

USA.gov <http://www.usa.gov/>

Section 508 Accessibility </section-508-accessibility>

Scam Regarding NEA Grants </about/national-endowment-arts-warns-public-about-grant-scam>

400 7th Street, SW, Washington, DC 20506
202.682.5400