**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| RHODE ISLAND LATINO ARTS, *et al.*<br><br>Plaintiffs,<br><br>*v.*<br><br>NATIONAL ENDOWMENT FOR THE ARTS, *et al.*,<br><br>Defendants. | Civil Action<br>No. 25-cv-79-WES-PAS |

**SUPPLEMENTAL DECLARATION OF DANIEL BEATTIE**

I, Daniel Beattie, declare as follows:

1.     I am the Director of Guidelines and Panel Operations at the National Endowment for the Arts ("NEA"). I have held that position since October 2020. As Director of Guidelines and Panel Operations, I am responsible for the modification of agency-wide funding opportunity guidelines and instructions for competitive grant programs, as well as oversight of the agency's advisory panel review process.

2.     I have worked at the National Endowment for the Arts since 1999. Prior to my current position, I was a program analyst in the Office of Guidelines and Panel Operations from 2012 to 2020, during which time I updated agency funding guidelines. I have also held the following roles during my tenure with the agency: acting director of arts education (2011-2012), grant program coordinator/officer (2008-2011), grant program specialist (2001-2008), and research assistant in the Office of the Chair (1999-2001).

3.     The webpage on which NEA presents its certification requirements for all grant-in-aid applicants and recipients is headlined, "Legal Requirements and Assurance of Compliance" and is available at https://www.arts.gov/grants/legal-requirements-and-assurance-of-compliance. I attached a true and accurate copy of that webpage as Exhibit B to my July 15, 2024, Declaration filed in this case as ECF 25-1.

1

4.      There are two sections of the preceding webpage. The first is headlined, "Legal Requirements." That section lacks any information about any Executive Orders or language about certifications. The second section of this webpage is headlined, "Assurance of Compliance." The first paragraph under that headline reads, in full (bold emphasis added):

> By signing and submitting its application form on Grants.gov, the applicant certifies that it is in compliance with the statutes outlined below and all related National Endowment for the Arts regulations as well as all **applicable** executive orders, and that it will maintain records and submit the reports that are necessary to determine its compliance.

The penultimate bullet point of this section then reads, in full:

> The applicant will comply with all applicable Executive Orders while the award is being administered.  Executive orders are posted at whitehouse.gov/presidential-actions. However, all compliance with EO 14168 **is governed exclusively** by the NEA's predecisional guidance concerning that EO, and not by the terms of these Assurances.

5.      The language in the immediately preceding excerpt that reads "predecisional guidance" links to https://www.arts.gov/sites/default/files/Final.Notice.Implementation.EO14168.pdf. As set forth on pages 1, 6, and 8, this policy states that the NEA's certification requirement does not encompass EO 14168.

6.      In responding to the NEA's summary judgment motion, Plaintiffs identified two statements on two different NEA webpages that, they contend, contrary to the preceding specific statements, that the NEA continues to impose a requirement that grant applicants certify that they will comply with EO 14168. Each of those two statements that Plaintiffs have identified are qualified and consistent with the preceding specific statements that the NEA does not require any grant applicants to certify their compliance with EO 14168, as shown by the bold language set forth below.

7.      The first statement that the Plaintiffs cite appears on the NEA webpage https://www.arts.gov/about/civil-rights-office/applicants-recipients-of-federal-financial-assistance/assurance-of-compliance and had read only (emphasis added), "The applicant will comply with all **applicable** Executive Orders while the award is being administered. Executive orders

are posted at whitehouse.gov/presidential-actions." The NEA has added to that statement the sentence, "However, all compliance with EO 14168 is governed exclusively by the NEA's predecisional guidance concerning that EO, and not by the terms of these Assurances," as set forth in the true and accurate copy of that webpage comprising **Exhibit A** to this declaration. In addition, the NEA has hyperlinked the words "predecisional guidance" in this sentence to the same link that Paragraph 5 describes.

8.    The second statement that the Plaintiffs cite appears on the NEA webpage https://www.arts.gov/grants/manage-your-award/some-of-your-responsibilities-as-a-federal-award-recipient and reads (emphasis added):

> In accepting a National Endowment for the Arts award, your organization assumes legal, financial, administrative, and programmatic responsibility for administering the award in accordance with any provisions included in the award; the statutes, regulations, and Executive Orders **governing** Federal financial assistance awards; and the relevant General Terms and Conditions. While the NEA may provide you with reminders regarding award requirements, the absence of receiving such notice does not relieve you of your responsibilities.

The NEA has added a new sentence before the last one quoted above. That additional sentence reads: "However, all compliance with EO 14168 is governed exclusively by the NEA's predecisional guidance concerning that EO, and not by any content that appears on this page," as set forth in the true and accurate copy of that webpage comprising **Exhibit B** to this declaration. In addition, the NEA has hyperlinked the words "predecisional guidance" in this sentence to the same link that Paragraph 5 describes.

I, Daniel Beattie, declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2025

Daniel Beattie
Director of Guidelines and Panel Operations
National Endowment for the Arts

3

# Ex. A

NATIONAL ENDOWMENT for the ARTS arts.gov | AMERICA 250

Menu

</>

# Assurance of Compliance

**By signing and submitting its application form on Grants.gov, the applicant certifies that it is in compliance with the statutes outlined below and all related National Endowment for the Arts regulations as well as all applicable executive orders, and that it will maintain records and submit the reports that are necessary to determine its compliance**.

We may conduct a review of your organization to ensure that the applicant is in compliance with these statutes, regulations, and executive orders. If the NEA determines that a recipient has failed to comply with any of these statutes, regulations, or executive orders, it may suspend or terminate the award, and/or recover the funds. The applicant's assurance of compliance is subject to judicial enforcement.

The applicant certifies that it does not discriminate:

8/8/25, 7:20 AM
Case 1:25-cv-00079-WES-PAS     Document 33-1 | National Endowment for the Arts
Assurance of Compliance | National Endowment for the Arts     Page 6 of 14 PageID
#: 1523

- On the grounds of race, color, or national origin, in accordance with **Title VI of the Civil Rights Act of 1964**, as amended (42 U.S.C. 2000d et seq.), implemented by the National Endowment for the Arts at 45 CFR 1110.

- Solely on the grounds of disability, in accordance with **Section 504 of the Rehabilitation Act of 1973** (29 U.S.C. 794), as amended, implemented by the National Endowment for the Arts at 45 CFR 1151, and the **Americans with Disabilities Act of 1990** ("ADA"), as amended, (42 U.S.C. 12101 et seq.).

- On the basis of age, in accordance with the **Age Discrimination Act of 1975,** as amended (42 U.S.C. 6101 et seq.), implemented by the National Endowment for the Arts at 45 CFR 1156.

- On the basis of sex, in any education program or activity, in accordance with **Title IX of the Education Amendments of 1972,** as amended (20 U.S.C. 1681 et seq.).

In addition, the applicant agrees that, if the applicant is selected and becomes a NEA grant recipient:

- The applicant will comply with all applicable Executive Orders while the award is being administered.  Executive orders are posted at whitehouse.gov/presidential-actions. However, all compliance with EO 14168 is governed exclusively by the NEA's predecisional guidance

  <https://www.arts.gov/sites/default/files/final.notice.implementation.eo14168.pdf>

  concerning that EO, and not by the terms of these Assurances.

- The applicant's compliance in all respects with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of the False Claims Act, 31 U.S.C. § 3729(b)(4), pursuant to Executive Order No. 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity, dated January 21, 2025.

The applicant does not operate any programs promoting "diversity, equity, and inclusion" (DEI) that violate any applicable Federal anti-discrimination laws, in accordance with Executive Order No. 14173.

See FAQ on these certification requirements </grants/legal-requirements-and-assurance-of-compliance/frequently-asked-questions>

# Stay Connected to the National Endowment for the Arts

Sign up for our newsletters and magazine

Newsletter Signup </sign-up-for-updates>

Magazine Signup </form/sign-up-for-american-artscape-magazine>

About </about>

Contact Us </about/leadership-staff/all-staff>

Civil Rights </about/civil-rights-office>

No Fear Act </about/civil-rights-office/applicants-for-employment-and-employees/no-fear-act>

FOIA </about/freedom-of-information-act-foia-guide>

Inspector General </about/inspector-general>

Accessibility </impact/accessibility>

Privacy Policy </privacy>

Disclaimers </about/website-disclaimers>

Open Government </about/open-government>

USA.gov <http://www.usa.gov/>

Section 508 Accessibility </section-508-accessibility>

Scam Regarding NEA Grants </about/national-endowment-arts-warns-public-about-grant-scam>

400 7th Street, SW, Washington, DC 20506
202.682.5400

# Ex. B

Menu

</>

# SOME OF YOUR RESPONSIBILITIES AS A FEDERAL AWARD RECIPIENT

In accepting a National Endowment for the Arts award, your organization assumes legal, financial, administrative, and programmatic responsibility for administering the award in accordance with any provisions included in the award; the statutes, regulations, and Executive Orders governing Federal financial assistance awards; and the relevant General Terms and Conditions. However, all compliance with EO 14168 is governed exclusively by the NEA's predecisional guidance <https://www.arts.gov/sites/default/files/final.notice.implementation.eo14168.pdf>

Case 1:25-cv-00079-WES-PAS Document 33-1 Filed 08/08/25 Page 11 of 14 PageID #: 1528

concerning that EO, and not by any content that appears on this page. While the NEA may provide you with reminders regarding award requirements, the absence of receiving such notice does not relieve you of your responsibilities.

**Submission of a Payment Request constitutes your agreement to comply with all the terms and conditions of the award. Failure to comply with these requirements may result in suspension or termination of the award and our recovery of funds. In addition, the United States has the right to seek judicial enforcement of these obligations.**

As an Award Recipient you are required to:

1. Comply with the terms and conditions of your award, including the GTCs, 2 CFR 200, and any specific terms and conditions that apply to the award.

2. Maintain an active registration in the System for Award Management (SAM.gov) with current information about your entity at all times during which your entity has an active award or application under consideration.

3. Ensure the efficient and effective administration of the federal award through sound management practices.

4. Administer federal funds in a manner consistent with the U.S. Constitution, federal statutes, regulations, and the terms and conditions of your federal award.

5. Maintain accounting practices consistent with the cost principles in 2 CFR 200 and that support the accumulation of costs as required by these cost principles, including maintaining adequate documentation to support costs charged to the federal award.

6. Maintain a sound financial management system that records separately within its general accounting system the receipt and disbursement of grant funds and cost sharing contributions and that monitors the expenditure of these funds against the approved award budget.

7. Have in place written procedures for determining the allowability of costs, the disbursement of federal funds, procurement, conflict of interests, compensation for personal services, leave policies, classification of participant costs, relocation policies, and travel reimbursement for staff on official business.

8. Document the time and effort spent by all employees/staff/personnel on approved project activities.

9. Conduct all procurement transactions in an open and free competition and ensure that procurement contracts for more than the simplified acquisition threshold that are not awarded by competitive bids or offers are justified and documented.

10. Carry out your project activities as approved by the NEA at the time of award and, if amended, as acknowledged in writing by the Office of Grants Management.

11. Request written approval from the NEA Office of Grants Management for any changes to your project prior to implementing the changes.

12. Acknowledge the NEA's support in all materials publicizing or resulting from project activities.

13. Submit all financial and performance reports by the due dates as required by the terms and conditions of the award.

14. Comply with requirements concerning record retention and the federal government's rights of access to records and personnel.

15. Have an audit performed that meets the requirements of 2 CFR 200 Subpart F - Audit Requirements whenever you expend $1,000,000 or more in federal funds during a fiscal year.

## Stay Connected to the National Endowment for the Arts

Sign up for our newsletters and magazine

**Newsletter Signup** </sign-up-for-updates>

**Magazine Signup** </form/sign-up-for-american-artscape-magazine>

**About** </about>

Contact Us

</about/leadership-staff/all-staff>

Civil Rights

</about/civil-rights-office>

Case 1:25-cv-00079-WES-PAS   Document 33-1   Filed 08/08/25   Page 14 of 14 PageID
#: 1531

FOIA </about/freedom-of-information-act-foia-guide>

No Fear Act

</about/civil-rights-office/applicants-for-employment-and-employees/no-fear-act>

Inspector General

</about/inspector-general>

Accessibility

</impact/accessibility>

Privacy Policy

</privacy>

Disclaimers

</about/website-disclaimers>

Open Government

</about/open-government>

USA.gov

<http://www.usa.gov/>

Section 508 Accessibility </section-508-accessibility>

Scam Regarding NEA Grants </about/national-endowment-arts-warns-public-about-grant-scam>

400 7th Street, SW, Washington, DC
20506
202.682.5400