**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF RHODE ISLAND**

RHODE ISLAND LATINO ARTS, ET AL.

    Plaintiffs,

    v.                        1:25-cv-00079-WES

NATIONAL ENDOWMENT FOR THE ARTS,
ET AL.

    Defendants.

**JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to Fed. R. Civ. P. 58, judgment is hereby entered in accordance with the Court's Memorandum and Order of September 19, 2025.

It is so ordered.

September 19, 2025            By the Court:

                                      /s/ Hanorah Tyer-Witek
                                      Clerk of Court