**UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND**

RHODE ISLAND LATINO ARTS, *et al.*,

      Plaintiffs,

  *v.*

NATIONAL ENDOWMENT FOR THE ARTS, *et al.*,

      Defendants.

Civil Action
No. 25-cv-79-WES-PAS

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America, on behalf of all Defendants, appeals to the United States Court of Appeals for the First Circuit from the final judgment that the district court (Smith, J.) entered in favor of the Plaintiffs on September 19, 2020 (ECF No. 35).

Dated: November 17, 2025

Respectfully submitted,

NATIONAL ENDOWMENT FOR THE ARTS; MARY ANNE CARTER, in her official capacity as Acting Chair of the National Endowment for the Arts,

By their Attorneys

SARA MIRON BLOOM
Acting United States Attorney

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
kevin.bolan@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on November 17, 2025, I filed this document and its attachments through the Court's ECF system, thereby electronically serving all parties of record in this action.

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant United States Attorney

1